# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISON

| | |
|---|---|
| KIM LUAMANU, | CASE NO. 5:16-cv-00550-PSG |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER REGARDING STIPULATION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |
| EQUIFAX, INC.; COMENITY, LLC and DOES 1 through 100 inclusive | |
| Defendants. | |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice, with respect to Defendant COMENITY, LLC. Each party shall bear its own costs and expenses.

DATED: _____   _____

UNITED STATES DISTRICT JUDGE

{00046608;1}

1

ORDER