UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KIM LUAMANU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX, INC.,<br><br>　　　　　Defendant. | Case No. 16-CV-00550-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Initial Case Management Conference set for May 4, 2016 at 2 p.m., as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). The Court hereby ORDERS the parties to file one Joint Case Management Statement by Friday, April 29, 2016 at 10 a.m.

**IT IS SO ORDERED**.

Dated: April 28, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 16-CV-00550-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT