| | |
|---|---|
| 1 | SCOTT J. SAGARIA (SBN 217981) |
| | ELLIOT W. GALE (SBN 263326) |
| | JOE ANGELO (SBN 268542) |
| 2 | **SAGARIA LAW, P.C.** |
| | 2033 Gateway Place, 6th Floor |
| 3 | San Jose, CA 95110 |
| | 408-279-2288 ph: 408-279-2299 fax |
| 4 | |
| 5 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KIM LUAMANU, | Case No.: 5:16-CV-0550-LHK |
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT EQUIFAX; ~~PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Kim Luamanu and defendant Equifax, Inc., that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

| | | |
|---|---|---|
| DATED: April 29, 2016 | Sagaria Law, P.C. | |
| | By: | /s/ Elliot W. Gale |
| | | Elliot W. Gale |
| | Attorneys for Plaintiff | |
| | Kim Luamanu | |
| DATED: April 29, 2016 | Nokes & Quinn | |
| | By: | /s/ Thomas P. Quinn, Jr. |
| | | Thomas P. Quinn, Jr. |
| | Attorneys for Defendant | |
| | Equifax, Inc. | |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Defendant Equifax is dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: April 29, 2016                    *Lucy H. Koh*
                                         Lucy H. Koh
                                         UNITED STATES DISTRICT JUDGE